## RICKS v. RICKS.

ATKINSON, J. 1. The demurrer to the petition, which complained only that it was not properly paragraphed, is not borne out by the record.

2. There was no evidence to support the traverse of the sheriff's return of service on the defendant.

3. Though conflicting, there was evidence to support the finding of the judge, and to authorize the judgment granting temporary alimony.

            *Judgment affirmed. All the Justices concur.*
            OCTOBER 14, 1913.

Temporary alimony. Before Judge Rawlings. Emanuel superior court. April 26, 1913.

*L. B. Lightfoot* and *Larsen & Larsen,* for plaintiff in error.